# DOCUMENT REMOVED PER ORDER #439 DATED 10/13/05

# SIGNED BY MAGISTRATE JUDGE SUSAN R. NELSON