# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Minnesota Life Insurance Company,
Advantus Capital Management, Inc.,
Securian Financial Group, Inc.,

                    Plaintiffs,

v.

AXA Investment MGR,
Frederick "Fritz" Feuerherm,
Wayne Schmidt,

                    Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-03-4383 DWF/SRN |
| Date: | September 2, 2005 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 11:30 p.m. |
| Time in Court: | 14 Hours |

APPEARANCES:

  Plaintiffs:      David Wilk, Lawrence King for Minnesota Life Insurance Company

  Defendant(s):  Quentin Wittrock, Dean A. LeDoux for AXA Investment MGR
                     Richard Ostlund, Mary L. Knoblauch for Frederick "Fritz" Feuerherm
                     Richard Ostlund, Mary L. Knoblauch for Wayne Schmidt

      IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT**   ☐ **PLAINTIFF**   ☐ **DEFENDANT**

**FINAL SETTLEMENT CONFERENCE.**   **CASE SETTLED**.

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

                                                              s/ Beverly Riches
                                                          Signature of Judicial Assistant