# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Minnesota Life Insurance Company,<br>Advantus Capital Management, Inc.,<br>Securian Financial Group, Inc.,<br><br>                    Plaintiffs,<br>  v.<br><br>AXA Investment MGR,<br>Frederick "Fritz" Feuerherm,<br>Wayne Schmidt,<br><br>                    Defendant(s). | **COURT MINUTES**<br>BEFORE: Susan Richard Nelson<br>U.S. Magistrate Judge<br><br>Case No:          CV-03-4383 DWF/SRN<br>Date:             September 28, 2005<br>Court Reporter:<br>Tape Number:<br>Time Commenced:   3:45 p.m.<br>Time Concluded:   4:00 p.m.<br>Time in Court:    15 Minutes |

APPEARANCES:

  Plaintiffs:       Sarah Beuning, for Minnesota Life Insurance Company


  Defendant(s):   Quentin Wittrock; Dean A. LeDoux for AXA Investment MGR
                  Mary L. Knoblauch for Frederick "Fritz" Feuerherm
                  Mary L. Knoblauch for Wayne Schmidt

       IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**         ☐ COURT         ☐ PLAINTIFF         ☐ DEFENDANT

## Conference call re: Settlement Agreement.


Motions taken under advisement as of:

☐ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel


                                                                        s/ Beverly Riches
                                                                    Signature of Judicial Assistant