UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Life Insurance Company, Advantus Capital Management, Inc., and Securian Financial Group, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> AXA Investment Managers, Fredrick "Fritz" Feuerherm, and Wayne Schmidt, <br><br> Defendants. | Court File No. 03-4383 DWF/SRN <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the parties hereto through their undersigned attorneys of record that the within action be and hereby is dismissed, with prejudice and on the merits, and without further cost to any party, and that the attached Order for Dismissal with Prejudice shall be executed and entered by the Court.

Dated: September 30, 2005

LARSON KING, L.L.P.

By: _____
Lawrence R. King (MN Atty. #55827)
David M. Wilk (MN Atty. #222860)
Sarah L. Beuning (MN Atty. #301346)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500

**ATTORNEYS FOR PLAINTIFFS MINNESOTA LIFE INSURANCE COMPANY, ADVANTUS CAPITAL MANAGEMENT, INC., AND SECURIAN FINANCIAL GROUP, INC.**

Dated: September 30, 2005

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By: _____
Quentin R. Wittrock (MN Atty. 179061)
Dean A. LeDoux (MN Atty. #176643)
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3000

**ATTORNEYS FOR DEFENDANT AXA INVESTMENT MANAGERS**

Dated: September 30, 2005

ANTHONY OSTLUND & BAER, P.A.

By: _____
Richard T. Ostlund (MN #144277)
Mary L. Knoblauch (MN #159645)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-349-6969

**ATTORNEYS FOR DEFENDANTS FREDERICK "FRITZ" FEUERHERM AND WAYNE SCHMIDT**