# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Life Insurance Company,          Civil No. 03-4383 (DWF/SRN)
Advantus Capital Management, Inc.,
and Securian Financial Group, Inc.,

          Plaintiffs,

v.                         **ORDER FOR DISMISSAL**
                                  **WITH PREJUDICE**

AXA Investment Managers,
Frederick "Fritz" Feuerherm, and Wayne
Schmidt,

          Defendants.

---

Daniel L. Scott, Esq., David M. Wilk, Esq., Lawrence R. King, Esq., Sarah L. Beuning, Esq., and Stephen P. Laitinen, Larson King; and Kathleen M. Mahoney, Esq., Nash Finch Company, counsel for Plaintiffs.

Gregory G. Pinski, Esq., Connor Shannon & Pinski PLLP; and Quentin R. Wittrock, Esq., Dean A. LeDoux, Esq., counsel for Defendant AXA Investment Managers.

Courtland C. Merrill, Esq., Richard T. Ostlund, Esq., and Mary L. Knoblauch, Esq., counsel for Defendants Frederick "Fritz" Feuerherm and Wayne Schmidt.

---

Pursuant to the Stipulation of the parties (Doc. No. 436) and Rule 41 of the

Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED WITH PREJUDICE** and on the merits, and without costs or

disbursements to either party.

Dated:  October 5, 2005         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                Judge of United States District Court